UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| KEITH M. KEATING, | ) | Case No. 09-09720 |
| | ) | |
| Debtor. | ) | Honorable Eugene R. Wedoff |

### FIRST AND FINAL APPLICATION OF TRUSTEE'S COUNSEL FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

R. SCOTT ALSTERDA and UNGARETTI & HARRIS LLP (collectively "U&H"), counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this first and final application for compensation and reimbursement of expenses and represents to the Court as follows:

1. The Debtor filed his voluntary petition under Chapter 7 on March 21, 2009.

2. The first meeting of creditors was scheduled on April 30, 2009 and the Trustee conducted an extended examination of the Debtor on May 27, 2009.

3. On September 9, 2009, an order was entered approving the employment of U&H as counsel for the Trustee. A copy of the September 9, 2009 Order approving the employment of Ungaretti & Harris LLP as counsel for Trustee is attached hereto as Exhibit "A."

4. U&H is requesting the allowance and payment of $14,144.00, in compensation for 52.80 hours of services performed during the period from May 5, 2009 through January 11, 2012.

5. A description of the nature of the services rendered and the major activities undertaken by U&H on behalf of the Trustee in this case are as follows:

6. <u>Employment of Bankruptcy Counsel</u>. U&H provided 2.70 hours of services to the Trustee with a value of $580.50 in connection with the Trustee's motion to employ U&H as his bankruptcy counsel. The services included drafting the motion, the declaration and the proposed order, and attending the hearing on the motion, which was granted on June 2, 2009.

7. <u>Powers Lake</u>. U&H provided 37.50 hours of services to the Trustee with a value of $9,571.00 in connection with the Trustee's efforts to avoid and recover the Debtor's pre-petition interest in a vacant lot in Powers Lake, Wisconsin. At the Trustee's request, U&H drafted a complaint to avoid and recover the Debtor's pre-petition interest in the lot from Mrs. Colleen Keating (the Debtor's spouse). U&H also prepared and served discovery requests on Mrs. Keating. The vast majority of the services rendered to the Trustee for Powers Lake were settlement negotiations with Mrs. Keating and her counsel. After extended negotiations, U&H prepared a settlement agreement and settlement motion. The settlement with Mrs. Keating was approved and the Trustee received $25,000.

8. <u>Bloomfield Partners</u>. U&H provided 11.70 hours of services to the Trustee with a value of $3,682.00 related to the Trustee's sale of the Debtor's membership interest in Bloomfield Partners to Mrs. Colleen Keating (the Debtor's spouse). U&H reviewed the operating agreement for Bloomfield Partners and analyzed certain provisions of the operating agreement that effected a sale of the membership interest. U&H also drafted the purchase agreement and the sale motion. The sale of the membership interest was approved and the Trustee received $12,000 from Mrs. Keating.

9. <u>Various Matters</u>. U&H provided 0.90 hours of services to the Trustee with a value of $310.50 on various small matters. The services provided by U&H included a court appearance on a motion to modify the stay, a review of a Section 523 complaint filed by the

2

Debtor's siblings and correspondence with the Debtor's counsel regarding certain bank account balances.

10. <u>Summary of Services</u>. The services provided to the Trustee by U&H are summarized as follows:

| CATEGORY | HOURS | VALUE |
|---|---|---|
| Employment of Bankruptcy Counsel | 2.70 | 580.50 |
| Powers Lake | 37.50 | 9,571.00 |
| Bloomfield Partners | 11.70 | 3,682.00 |
| Various Matters | 0.90 | 310.50 |
| **TOTALS** | **52.80** | **$14,144.00** |

11. Attached as Exhibit "B" is an itemized statement of the legal services rendered by U&H. The statement reflects the legal services rendered, the time expended and a description of the work performed.

12. The time expended and services rendered by the individual U&H attorneys are summarized as follows:

| Attorney | Hours | Blended Hourly Rate | Total |
|---|---|---|---|
| R. Scott Alsterda | 07.70 | $499.03 | 3,842.50 |
| Patrick F. Ross | 43.20 | $225.00 | 9,731.00 |
| David R. Brown | 1.10 | $350.00 | 390.50 |
| John T. Podbielski | 0.80 | $225.00 | 180.00 |
| **TOTAL** | **52.80** | | **$14,144.00** |

13. Exhibit "B" also includes an itemized statement of the actual expenses incurred by U&H in connection with its representation of the Trustee. These expenses include copying at 10 cents per page ($103.60), recording fees ($28.00), postage ($35.27), and long distance telephone ($6.80) for a total amount of $173.57.

14. Based on the nature, extent and value of services performed by U&H, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

3

15. At all times during U&H's representation of the Trustee, U&H was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which U&H was employed.

WHEREFORE, U&H requests that it be awarded reasonable compensation in the amount of $14,144.00 for legal services rendered in this case and reimbursement of actual and necessary expenses in the amount of $173.67.

DATE: August 16, 2012

Respectfully Submitted

UNGARETTI & HARRIS LLP

/s/ R. Scott Alsterda

Of Counsel:
R. SCOTT ALSTERDA (ARDC 3126771)
UNGARETTI & HARRIS, LLP
3500 THREE FIRST NATIONAL PLAZA
70 WEST MADISON AVENUE
CHICAGO, IL  60602-4283
312-977-9203; 312-977-4405 (Fax)
rsalsterda@uhlaw.com