UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
KEATING, KEITH M                    §     Case No. 09-09720
                                    §
            Debtor(s)               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

   4. The trustee realized gross receipts of                    $

          Funds were disbursed in the following amounts:

          Payments made under an interim
          disbursement
          Administrative expenses
          Bank service fees
          Other payments to creditors
          Non-estate funds paid to 3rd Parties
          Exemptions paid to the debtor
          Other payments to the debtor

          Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/R. SCOTT ALSTERDA, TRUSTEE_____
                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 09-09720 ERW | Judge: EUGENE R. WEDOFF | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|---|
| Case Name: | KEATING, KEITH M | | Date Filed (f) or Converted (c): | 03/21/09 (f) |
| | | | 341(a) Meeting Date: | 04/30/09 |
| For Period Ending: | 07/31/12 | | Claims Bar Date: | 04/12/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Residence (1/2 interest with non-fil | 825,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 2. Single Family House on 3 acres Manhattan Illinois | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 3. Checking Account - Ameriprise Financial | 281.00 | 281.00 | | 281.00 | FA |
| 4. Money Market Account - Ameriprise Debtor's residen | 437.00 | 437.00 | | 437.00 | FA |
| 5. 1/2 interest in household goods at residence Debto | 2,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 6. Men's wearing apparel Debtor's residence | 1,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 7. Whole Life Policy - $450,000 - beneficiary Coleen | 22,748.00 | 0.00 | DA | 0.00 | 0.00 |
| 8. Whole Life - $500,000 - Community Builders benefic | 15,391.00 | 0.00 | DA | 0.00 | 0.00 |
| 9. Non-qualified Retirement Account - Oppenheimer Fun | 1,550.00 | 1,550.00 | | 1,550.00 | FA |
| 10. Stock - Keating Development Group (50%) | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 11. KMK Realty & Development, Inc. (81.625%) Debtor's | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 12. Community Home Builders, Inc. (50%) (Owns cash sur | 27,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 13. Keating Investment Corp. (50%) | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 14. Keating Estates, LLC Bank of American in process o | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 15. Marquette's Landing LLC (33.33% interest) dissolve | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 16. 700 W Van Buren II LLC (33.33% interest) dissolved | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 17. Marquette's Crossing LLC Dissolved since 2004 | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 18. 1000 W Van Buren LLC (50% interest) Owns note from | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 19. Marquette's Estates LLC (33% interest) | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 20. Chanahon Investors LLC (45%) Property in foreclosu | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 21. Rivers Plaza I LLC (50%) In foreclosure | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 22. Rivers Plaza II LLC (50%) real estate in foreclosu | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 23. Rivers Plaza III LLC (50%) real estate in foreclos | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 24. Rivers Plaza IV LLC (50%) real estate in foreclosu | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 25. Channahon Duplex Development, LLC (50%) real estat | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 26. Honeybear Farms, LLC (51%) foreclosure imminent Bl | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 27. Health Savings Account - HSA Bank Debtor's residen | 8,914.00 | 0.00 | DA | 0.00 | 0.00 |
| 28. Harris Kayot Boat In storage Richmond, Illinois Su | 15,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 29. REAL PROPERTY  Settlement of Adversary Proceedings No. 09-01155 (Colleen Keating) | 0.00 | 25,000.00 | | 25,000.00 | FA |
| 30. Post-Petition Interest Deposits (u) | Unknown | Unknown | | 10.91 | Unknown |
| 31. PARTNERSHIPS (u)  Bloomfield Partners, LLC - Membership Interest | 0.00 | 12,000.00 | | 12,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $919,321.00 | $39,268.00 | | $39,278.91 | Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final Report, Fee Applications, Distribution and Final Account.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit A

| | | |
|---|---|---|
| Case No: | 09-09720   ERW   Judge: EUGENE R. WEDOFF | Trustee Name:   R. SCOTT ALSTERDA, TRUSTEE |
| Case Name: | KEATING, KEITH M | Date Filed (f) or Converted (c):   03/21/09 (f) |
| | | 341(a) Meeting Date:   04/30/09 |
| | | Claims Bar Date:   04/12/10 |

Initial Projected Date of Final Report (TFR): 06/30/11       Current Projected Date of Final Report (TFR): 08/31/12

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 09-09720 -ERW | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | KEATING, KEITH M | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9012 BofA - Money Market Account |
| Taxpayer ID No: | *******2538 | | |
| For Period Ending: | 07/31/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/06/10 | 29 | Colleen Keating<br>N1460 Powers Lake Road<br>Genoa City, WI 53128 | Settlement of Adversary Proceeding | 1241-000 | 25,000.00 | | 25,000.00 |
| 05/28/10 | 30 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.45 | | 25,000.45 |
| 06/30/10 | 30 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.62 | | 25,001.07 |
| 07/30/10 | 30 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.64 | | 25,001.71 |
| 08/31/10 | 30 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.64 | | 25,002.35 |
| 09/30/10 | 30 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.62 | | 25,002.97 |
| 10/29/10 | 30 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.64 | | 25,003.61 |
| 11/02/10 | 3, 4, 9 | Colleen Keating<br>1500 N. Paulina<br>Chicago, IL 60622 | Financial Accounts | 1129-000 | 2,268.00 | | 27,271.61 |
| 11/30/10 | 30 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.67 | | 27,272.28 |
| 12/31/10 | 30 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.69 | | 27,272.97 |
| 01/31/11 | 30 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.69 | | 27,273.66 |
| 02/07/11 | 000301 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Blanket Bond (Int'l Sureties, Inc) | 2300-000 | | 21.82 | 27,251.84 |
| 02/28/11 | 30 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.21 | | 27,252.05 |
| 03/31/11 | 30 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.23 | | 27,252.28 |
| 04/29/11 | 30 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.22 | | 27,252.50 |
| 05/31/11 | 30 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.24 | | 27,252.74 |
| 06/30/11 | 30 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.22 | | 27,252.96 |
| 07/29/11 | 30 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.23 | | 27,253.19 |
| 08/01/11 | 31 | Colleen Keating<br>N1460 Powers Lake Rd.<br>Genoa City, WI 53128-1128 | Membership Interests Bloomfield | 1229-000 | 12,000.00 | | 39,253.19 |
| 08/31/11 | 30 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.33 | | 39,253.52 |
| 09/30/11 | 30 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.32 | | 39,253.84 |
| 10/31/11 | 30 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.32 | | 39,254.16 |
| 10/31/11 | | Transfer to Acct #*******5697 | Final Posting Transfer | 9999-000 | | 39,254.16 | 0.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 09-09720 -ERW | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | KEATING, KEITH M | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5697  BofA - Checking Account |
| Taxpayer ID No: | *******2538 | | |
| For Period Ending: | 07/31/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/31/11 | | Transfer from Acct #*******9012 | Transfer In From MMA Account | 9999-000 | 39,254.16 | | 39,254.16 |
| 10/31/11 | | Transfer to Acct #*******5736 | Bank Funds Transfer | 9999-000 | | 39,254.16 | 0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*
PFORM24

Ver: 16.06d

**FORM 2**

Page: 3

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 09-09720 -ERW |
| Case Name: | KEATING, KEITH M |
| Taxpayer ID No: | *******2538 |
| For Period Ending: | 07/31/12 |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******5736  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/31/11 | 30 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 0.01 |
| 10/31/11 | | Transfer from Acct #*******5697 | Bank Funds Transfer | 9999-000 | 39,254.16 | | 39,254.17 |
| 11/30/11 | 30 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.32 | | 39,254.49 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 48.40 | 39,206.09 |
| 12/30/11 | 30 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.33 | | 39,206.42 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 48.34 | 39,158.08 |
| 01/31/12 | 30 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.33 | | 39,158.41 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 51.35 | 39,107.06 |
| 02/29/12 | 30 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.31 | | 39,107.37 |
| 02/29/12 | 000301 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Blanket Bond  (Int'l Sureties, Inc) | 2300-000 | | 31.33 | 39,076.04 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 46.48 | 39,029.56 |
| 03/30/12 | 30 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.33 | | 39,029.89 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 47.99 | 38,981.90 |
| 04/30/12 | 30 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.32 | | 38,982.22 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 49.53 | 38,932.69 |
| 05/31/12 | 30 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.33 | | 38,933.02 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 49.46 | 38,883.56 |
| 06/29/12 | 30 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.32 | | 38,883.88 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 46.21 | 38,837.67 |
| 07/31/12 | 30 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.33 | | 38,838.00 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 50.93 | 38,787.07 |

**Total Of All Accounts    38,787.07**

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: August 16, 2012 |

Case Number: 09-09720  
Debtor Name: KEATING, KEITH M

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000010<br>001<br>2700-00 | Clerk - United States Bankruptcy Court<br>219 S. Dearborn Street<br>Chicago, IL 60604 | Administrative | | $250.00 | $0.00 | $250.00 |
| 000011<br>001<br>3110-00 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Administrative | | $14,144.00 | $0.00 | $14,144.00 |
| 000012<br>001<br>3120-00 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Administrative | | $173.67 | $0.00 | $173.67 |
| BOND<br>999<br>2300-00 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Administrative | | $53.15 | $53.15 | $0.00 |
| 000001<br>070<br>7100-00 | West Suburban Bank<br>c/o Gina B Krol<br>105 W Madison St Ste 1100<br>Chicago, IL 60602 | Unsecured | | $120,948.16 | $0.00 | $120,948.16 |
| 000002<br>070<br>7100-00 | Standard Bank & Trust Company<br>William J Bryan<br>17926 Dixie Highway<br>Homewood, IL 60430 | Unsecured | | $10,000.00 | $0.00 | $10,000.00 |
| 000003<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $1,934.81 | $0.00 | $1,934.81 |
| 000004<br>070<br>7100-00 | American Express Bank, FSB<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $1,127.70 | $0.00 | $1,127.70 |
| 000005<br>070<br>7100-00 | American Express Bank, FSB<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $82.85 | $0.00 | $82.85 |
| 000006<br>070<br>7100-00 | American Chartered Bank<br>c/o Gary E. Green<br>150 N. Michigan Ave., Suite 2700<br>Chicago, IL 60601 | Unsecured | | $1,874,657.12 | $0.00 | $1,874,657.12 |
| 000007<br>070<br>7100-00 | Karen Keating<br>c/o Richard H. Chapman<br>Clark Hill PLC<br>150 N. Michigan Ave., 27th Floor<br>Chicago, IL 60601 | Unsecured | | $1,200,000.00 | $0.00 | $1,200,000.00 |
| 000008<br>070<br>7100-00 | Kristen Catino<br>c/o Richard H. Chapman<br>Clark Hill PLC<br>150 N. Michigan Ave., 27th Floor | Unsecured | | $1,200,000.00 | $0.00 | $1,200,000.00 |

Page 2

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: August 16, 2012

Case Number:  09-09720
Debtor Name:  KEATING, KEITH M

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | Chicago, IL 60601 |  |  |  |  |  |
| 000009 070 7100-00 | M&I Bank<br>770 N. Water Street<br>Milwaukee, Wi 53202 | Unsecured |  | $8,294.48 | $0.00 | $8,294.48 |
|  | Case Totals: |  |  | $4,431,665.94 | $53.15 | $4,431,612.79 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-09720
Case Name: KEATING, KEITH M
Trustee Name: R. SCOTT ALSTERDA, TRUSTEE

Balance on hand                                                                 $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: R. SCOTT ALSTERDA, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: Ungaretti & Harris LLP | $ | $ | $ |
| Attorney for Trustee Expenses: Ungaretti & Harris LLP | $ | $ | $ |
| Charges: Clerk - United States Bankruptcy Court | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses         $_____

Remaining Balance                                              $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | West Suburban Bank | $ | $ | $ |
| 000002 | Standard Bank & Trust Company | $ | $ | $ |
| 000003 | Chase Bank USA, N.A. | $ | $ | $ |
| 000004 | American Express Bank, FSB | $ | $ | $ |
| 000005 | American Express Bank, FSB | $ | $ | $ |
| 000006 | American Chartered Bank | $ | $ | $ |
| 000007 | Karen Keating | $ | $ | $ |
| 000008 | Kristen Catino | $ | $ | $ |
| 000009 | M&I Bank | $ | $ | $ |

Total to be paid to timely general unsecured creditors         $_____

Remaining Balance                                               $_____

   Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE