UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| KEATING, KEITH M | § | Case No. 09-09720 ERW |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that R. SCOTT ALSTERDA, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT
219 South Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 09/26/2012 in Courtroom 744,
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: /s/ R. SCOTT ALSTERDA, TRUSTEE

*R. SCOTT ALSTERDA, TRUSTEE
3500 THREE FIRST NATIONAL PLAZA
70 WEST MADISON AVENUE
CHICAGO, IL 60602-4283*

UST Form 101-7-NFR (5/1/2011) (Page: 1)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
KEATING, KEITH M § Case No. 09-09720 ERW
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 39,278.91 |
| and approved disbursements of | $ | 491.84 |
| leaving a balance on hand of[1] | $ | 38,787.07 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: R. SCOTT ALSTERDA, TRUSTEE | $ 4,677.89 | $ 0.00 | $ 4,677.89 |
| Attorney for Trustee Fees: Ungaretti & Harris LLP | $ 14,144.00 | $ 0.00 | $ 14,144.00 |
| Attorney for Trustee Expenses: Ungaretti & Harris LLP | $ 173.67 | $ 0.00 | $ 173.67 |
| Charges: Clerk - United States Bankruptcy Court | $ 250.00 | $ 0.00 | $ 250.00 |
| Other: International Sureties, Ltd. | $ 53.15 | $ 53.15 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 19,245.56 |
| Remaining Balance | | $ | 19,541.51 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,417,045.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | West Suburban Bank | $ 120,948.16 | $ 0.00 | $ 535.09 |
| 000002 | Standard Bank & Trust Company | $ 10,000.00 | $ 0.00 | $ 44.24 |
| 000003 | Chase Bank USA, N.A. | $ 1,934.81 | $ 0.00 | $ 8.56 |
| 000004 | American Express Bank, FSB | $ 1,127.70 | $ 0.00 | $ 4.99 |
| 000005 | American Express Bank, FSB | $ 82.85 | $ 0.00 | $ 0.37 |
| 000006 | American Chartered Bank | $ 1,874,657.12 | $ 0.00 | $ 8,293.70 |
| 000007 | Karen Keating | $ 1,200,000.00 | $ 0.00 | $ 5,308.93 |
| 000008 | Kristen Catino | $ 1,200,000.00 | $ 0.00 | $ 5,308.94 |
| 000009 | M&I Bank | $ 8,294.48 | $ 0.00 | $ 36.69 |
| | Total to be paid to timely general unsecured creditors | | $ | 19,541.51 |

| | |
|---|---|
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ R. SCOTT ALSTERDA, TRUSTEE

*R. SCOTT ALSTERDA, TRUSTEE*
*3500 THREE FIRST NATIONAL PLAZA*
*70 WEST MADISON AVENUE*
*CHICAGO, IL 60602-4283*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (5/1/2011) *(Page: 4)*

```
                             United States Bankruptcy Court
                             Northern District of Illinois
In re:                                                                  Case No. 09-09720-ERW
Keith M Keating                                                         Chapter 7
           Debtor                  CERTIFICATE OF NOTICE
District/off: 0752-1           User: arodarte              Page 1 of 3                  Date Rcvd: Aug 30, 2012
                               Form ID: pdf006             Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2012.
db           #+Keith M Keating,    1500 N. Paulina Street,   Chicago, IL 60622-2138
13677171     +American Chartered Bank,    c/o Clark Hill,   150 N. Michigan Ave, Suite 2400,
               Chicago, IL 60601-3613
15126544     +American Chartered Bank,    c/o Gary E. Green,   150 N. Michigan Ave., Ste. 2700,
               Chicago, IL 60601-7576
13677172     +American Express,   PO Box 0001,    Los Angeles, CA 90096-8000
15027976      American Express Bank, FSB,    POB 3001,   Malvern, PA 19355-0701
13677173     +Bank of America,   c/o Vedder Price,    222 N. La Salle Street,    Chicago, IL 60601-1101
13677174     +Bloomfield Partners LLC,    700 W Van Buren,   Chicago, IL 60607-3617
13677175     +Bridgeview Bank,   1970 Halsted St,    Chicago, IL 60614-5009
13677176     +Cardmember Services,    PO Box 94014,   Palatine, IL 60094-4014
14997582      Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
13677177     +Citibank - Line of Credit,    PO Box 209012,   Brooklyn, NY 11220
13677178     +Citimortgage Inc,   PO Box 829009,    Dallas, TX 75382-9009
13677183     +Freeborn & Peters LLP,    311 S. Wacker Drive,   Suite 3000,    Chicago, IL 60606-6679
13677184     +Geraldine Keating,    424 Eagleton Cove Way,   Palm Beach Gardens, FL 33418-8489
13677185     +Illinois Department of Revnue,    PO Box 19042,   Springfield, IL 62794-9042
13677187     +Joseph M Keating Trust,    424 Eagleton Cove Way,   Palm Beach Gardens, FL 33418-8489
15404307     +Karen Keating,    c/o Richard H. Chapman,   Clark Hill PLC,    150 N. Michigan Avenue,   27th Floor,
               Chicago, IL 60601-7553
13677188     +Kevin Keating,    424 Eagleton Cove Way,   Palm Beach Gardens, FL 33418-8489
15404308     +Kristen Catino,   c/o Richard H. Chapman,    Clark Hill PLC,    150 N. Michigan Avenue,
               27th Floor,   Chicago, IL 60601-7553
17167097     +M&I Bank,   770 N Water ST,   BRK 180 RC,    Milwaukee, WI 53202-3509
13677195     +M&I Bank,   770 N. Water Street.,    Milwaukee, WI 53202-3593
13677197     +Scheer's Inc.,    601 Oakmont Lane,   Suite 400,   Westmont, IL 60559-5570
14059563     +Standard Bank & Trust Company,    William J Bryan,    17926 Dixie Highway,
               Homewood, IL 60430-3055
13677198     +West Suburban Bank,    Gina B Krol,   105 W Madison St Ste 1100,    Chicago, IL 60602-4600

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13677186       E-mail/Text: cio.bncmail@irs.gov Aug 31 2012 01:33:21      Internal Revenue Service,
                Mail Stop 5010 CHI,    230 S. Dearborn Street,   Chicago, IL 60604
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15027977*      American Express Bank, FSB,    POB 3001,    Malvern, PA 19355-0701
13677180*     +Colleen Keating,    1500 N. Paulina,   Chicago, IL 60622-2138
13677181*     +Colleen Keating,    1500 N. Paulina,   Chicago, IL 60622-2138
13677182*     +Colleen Keating,    1500 N. Paulina,   Chicago, IL 60622-2138
13677189*     +Kevin Keating,   424 Eagleton Cove Way,    Palm Beach Gardens, FL 33418-8489
13677190*     +Kevin Keating,   424 Eagleton Cove Way,    Palm Beach Gardens, FL 33418-8489
13677191*     +Kevin Keating,   424 Eagleton Cove Way,    Palm Beach Gardens, FL 33418-8489
13677192*     +Kevin Keating,   424 Eagleton Cove Way,    Palm Beach Gardens, FL 33418-8489
13677193*     +Kevin Keating,   424 Eagleton Cove Way,    Palm Beach Gardens, FL 33418-8489
13677194*     +Kevin Keating,   424 Eagleton Cove Way,    Palm Beach Gardens, FL 33418-8489
13677196*     +M&I Bank,   770 N. Water Street.,    Milwaukee, WI 53202-3593
13677179    ##+Colleen Keating,    1500 N. Paulina,   Chicago, IL 60622-2138
                                                                                               TOTALS: 0, * 11, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: arodarte           Page 2 of 3              Date Rcvd: Aug 30, 2012
                              Form ID: pdf006          Total Noticed: 25

                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 01, 2012**                **Signature:**  *Joseph Speetjens*

```
District/off: 0752-1          User: arodarte            Page 3 of 3                  Date Rcvd: Aug 30, 2012
                              Form ID: pdf006           Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2012 at the address(es) listed below:

              Adam C Toosley    on behalf of Creditor   American Chartered Bancorp, Inc., d/b/a American
               Chartered Bank atoosley@freebornpeters.com,    sbarnes@freebornpeters.com
              David P Leibowitz    on behalf of Debtor Keith Keating dleibowitz@lakelaw.com,
               czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com
              Gary E. Green    on behalf of Creditor   American Chartered Bancorp, Inc., d/b/a American Chartered
               Bank ggreen@clarkhill.com,    jfelker@clarkhill.com
              Gina B Krol    on behalf of Creditor   West Suburban Bank gkrol@cohenandkrol.com,
               jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
              Patrick F Ross    on behalf of Plaintiff R Alsterda pfross@uhlaw.com,
               kburde@uhlaw.com;rjanczak@uhlaw.com;KAMcLoud@uhlaw.com;keedeus@uhlaw.com;sgfeibus@uhlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              R Scott Alsterda    on behalf of Plaintiff R Alsterda rsalsterda@uhlaw.com
              R Scott Alsterda    rsalsterda@uhlaw.com,    ralsterda@ecf.epiqsystems.com
              Richard H Chapman    on behalf of Creditor Keating Karen rchapman@clarkhill.com,
               ppeggs@clarkhill.com
              Richard L Hirsh    on behalf of Debtor Keith Keating richala@sbcglobal.net
              Steven R Radtke    on behalf of Creditor   BRIDGEVIEW BANK GROUP sradtke@chillchillradtke.com
              Terri M Long    on behalf of Creditor   CitiMortgage, Inc. Courts@tmlong.com
              William J. Bryan    on behalf of Petitioning Creditor   Standard Bank & Trust Co
               wjblaw@sbcglobal.net
                                                                                              TOTAL: 13