UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
KEATING, KEITH M § Case No. 09-09720
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

R. SCOTT ALSTERDA, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $ _____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ _____ (see **Exhibit 2**), yielded net receipts of $ _____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/R. SCOTT ALSTERDA, TRUSTEE_____
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCUMULATION

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bridgeview Bank 1970 Halsted St Chicago, IL 60614 | | | | | |
| | Citibank - Line of Credit PO Box 209012 Brooklyn, NY 11220-9012 | | | | | |
| | Citimortgage PO Boix 9438 Dept O Gaithersburg, MD 20898 | | | | | |
| | West Suburban Bank 101 N. Lake Street Aurora, IL 60506 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| R. SCOTT ALSTERDA, TRUSTEE | | | | | |
| R. SCOTT ALSTERDA, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| CLERK - UNITED STATES BANKRUPTCY CO | | | | | |
| UNGARETTI & HARRIS LLP | | | | | |
| UNGARETTI & HARRIS LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revnue PO Box 19042 Springfield, IL 62794 | | | | | |
| | Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn Street Chicago, IL 60604 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Chartered Bank c/o Clark Hill 150 N. Michigan Ave, Suite 2400 Chicago, IL 60601 | | | | | |
| | American Express PO Box 0001 Los Angeles, CA 90096 | | | | | |
| | Bank of America c/o Vedder Price 222 N. La Salle Street Chicago, IL 60601 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bloomfield Partners LLC 700 W Van Buren Chicago, IL 60607 |  |  |  |  |  |
|  | Cardmember Services PO Box 94014 Palatine, IL 60094 |  |  |  |  |  |
|  | Freeborn & Peters LLP 311 S. Wacker Drive Suite 3000 Chicago, IL 60606 |  |  |  |  |  |
|  | Joseph M Keating Trust 424 Eagleton Cove Way Palm Beach Gardens, FL 33418 |  |  |  |  |  |
|  | M&I Bank 770 N. Water Street. Milwaukee, WI 53202). |  |  |  |  |  |
|  | M&I Bank 770 N. Water Street. Milwaukee, WI 53202). |  |  |  |  |  |
|  | Scheer's Inc. 601 Oakmont Lane Suite 400 Westmont, IL 60559 |  |  |  |  |  |
| 000006 | AMERICAN CHARTERED BANK |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000005 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000007 | KAREN KEATING | | | | | |
| 000008 | KRISTEN CATINO | | | | | |
| 000009 | M&I BANK | | | | | |
| 000002 | STANDARD BANK & TRUST COMPANY | | | | | |
| 000001 | WEST SUBURBAN BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 09-09720 | ERW | Judge: EUGENE R. WEDOFF |
|---|---|---|---|
| Case Name: | KEATING, KEITH M | | |

Trustee Name:   R. SCOTT ALSTERDA, TRUSTEE
Date Filed (f) or Converted (c):   03/21/09 (f)
341(a) Meeting Date:   04/30/09

For Period Ending:  11/14/12

Claims Bar Date:   04/12/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Residence (1/2 interest with non-fil | 825,000.00 | 0.00 | | 0.00 | FA |
| 2. Single Family House on 3 acres Manhattan Illinois | 0.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account - Ameriprise Financial | 281.00 | 281.00 | | 281.00 | FA |
| 4. Money Market Account - Ameriprise Debtor's residen | 437.00 | 437.00 | | 437.00 | FA |
| 5. 1/2 interest in household goods at residence Debto | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. Men's wearing apparel Debtor's residence | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Whole Life Policy - $450,000 - beneficiary Coleen | 22,748.00 | 0.00 | | 0.00 | FA |
| 8. Whole Life - $500,000 - Community Builders benefic | 15,391.00 | 0.00 | | 0.00 | FA |
| 9. Non-qualified Retirement Account - Oppenheimer Fun | 1,550.00 | 1,550.00 | | 1,550.00 | FA |
| 10. Stock - Keating Development Group (50%) | 0.00 | 0.00 | | 0.00 | FA |
| 11. KMK Realty & Development, Inc. (81.625%) Debtor's | 0.00 | 0.00 | | 0.00 | FA |
| 12. Community Home Builders, Inc. (50%) (Owns cash sur | 27,000.00 | 0.00 | | 0.00 | FA |
| 13. Keating Investment Corp. (50%) | 0.00 | 0.00 | | 0.00 | FA |
| 14. Keating Estates, LLC Bank of American in process o | 0.00 | 0.00 | | 0.00 | FA |
| 15. Marquette's Landing LLC (33.33% interest) dissolve | 0.00 | 0.00 | | 0.00 | FA |
| 16. 700 W Van Buren II LLC (33.33% interest) dissolved | 0.00 | 0.00 | | 0.00 | FA |
| 17. Marquette's Crossing LLC Dissolved since 2004 | 0.00 | 0.00 | | 0.00 | FA |
| 18. 1000 W Van Buren LLC (50% interest) Owns note from | 0.00 | 0.00 | | 0.00 | FA |
| 19. Marquette's Estates LLC (33% interest) | 0.00 | 0.00 | | 0.00 | FA |
| 20. Chanahon Investors LLC (45%) Property in foreclosu | 0.00 | 0.00 | | 0.00 | FA |
| 21. Rivers Plaza I LLC (50%) In foreclosure | 0.00 | 0.00 | | 0.00 | FA |
| 22. Rivers Plaza II LLC (50%) real estate in foreclosu | 0.00 | 0.00 | | 0.00 | FA |
| 23. Rivers Plaza III LLC (50%) real estate in foreclos | 0.00 | 0.00 | | 0.00 | FA |
| 24. Rivers Plaza IV LLC (50%) real estate in foreclosu | 0.00 | 0.00 | | 0.00 | FA |
| 25. Channahon Duplex Development, LLC (50%) real estat | 0.00 | 0.00 | | 0.00 | FA |
| 26. Honeybear Farms, LLC (51%) foreclosure imminent Bl | 0.00 | 0.00 | | 0.00 | FA |
| 27. Health Savings Account - HSA Bank Debtor's residen | 8,914.00 | 0.00 | | 0.00 | FA |
| 28. Harris Kayot Boat In storage Richmond, Illinois Su | 15,000.00 | 0.00 | | 0.00 | FA |
| 29. REAL PROPERTY Settlement of Adversary Proceedings No. 09-01155 (Colleen Keating) | 0.00 | 25,000.00 | | 25,000.00 | FA |
| 30. Post-Petition Interest Deposits (u) | Unknown | Unknown | | 11.23 | Unknown |
| 31. PARTNERSHIPS (u) Bloomfield Partners, LLC - Membership Interest | 0.00 | 12,000.00 | | 12,000.00 | FA |

TOTALS (Excluding Unknown Values)   $919,321.00   $39,268.00   $39,279.23   $0.00

Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final Report, Fee Applications, Distribution and Final Account.

PFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

Ver: 17.00b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 09-09720    ERW    Judge: EUGENE R. WEDOFF | Trustee Name:    R. SCOTT ALSTERDA, TRUSTEE |
| Case Name: | KEATING, KEITH M | Date Filed (f) or Converted (c):    03/21/09 (f) |
| | | 341(a) Meeting Date:    04/30/09 |
| | | Claims Bar Date:    04/12/10 |

Initial Projected Date of Final Report (TFR): 06/30/11        Current Projected Date of Final Report (TFR): 08/31/12

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 09-09720 -ERW | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | KEATING, KEITH M | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9701  Checking Account |
| Taxpayer ID No: | *******2538 | | |
| For Period Ending: | 11/14/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/31/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 38,787.39 | | 38,787.39 |
| 09/26/12 | 030001 | R. SCOTT ALSTERDA, TRUSTEE<br>3500 THREE FIRST NATIONAL PLAZA<br>70 WEST MADISON AVENUE<br>CHICAGO, IL 60602-4283 | Chapter 7 Compensation/Fees | 2100-000 | | 4,677.89 | 34,109.50 |
| 09/26/12 | 030002 | R. SCOTT ALSTERDA, TRUSTEE<br>3500 THREE FIRST NATIONAL PLAZA<br>70 WEST MADISON AVENUE<br>CHICAGO, IL 60602-4283 | Chapter 7 Expenses | 2200-000 | | 355.50 | 33,754.00 |
| 09/26/12 | 030003 | Clerk - United States Bankruptcy Court<br>219 S. Dearborn Street<br>Chicago, IL 60604 | Claim 000010, Payment 100.00000% | 2700-000 | | 250.00 | 33,504.00 |
| 09/26/12 | 030004 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Claim 000011, Payment 100.00000% | 3110-000 | | 14,144.00 | 19,360.00 |
| 09/26/12 | 030005 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Claim 000012, Payment 100.00000% | 3120-000 | | 173.67 | 19,186.33 |
| 09/26/12 | 030006 | West Suburban Bank<br>c/o Gina B Krol<br>105 W Madison St Ste 1100<br>Chicago, IL 60602 | Claim 000001, Payment 0.43618% | 7100-000 | | 527.55 | 18,658.78 |
| 09/26/12 | 030007 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000003, Payment 0.43622% | 7100-000 | | 8.44 | 18,650.34 |
| 09/26/12 | 030008 | American Chartered Bank<br>c/o Gary E. Green<br>150 N. Michigan Ave., Suite 2700<br>Chicago, IL 60601 | Claim 000006, Payment 0.43618% | 7100-000 | | 8,176.82 | 10,473.52 |
| 09/26/12 | 030009 | Karen Keating<br>c/o Richard H. Chapman<br>Clark Hill PLC<br>150 N. Michigan Ave., 27th Floor<br>Chicago, IL 60601 | Claim 000007, Payment 0.43618% | 7100-000 | | 5,234.12 | 5,239.40 |
| 09/26/12 | 030010 | Kristen Catino<br>c/o Richard H. Chapman<br>Clark Hill PLC<br>150 N. Michigan Ave., 27th Floor<br>Chicago, IL 60601 | Claim 000008, Payment 0.43618% | 7100-000 | | 5,234.12 | 5.28 |
| * 09/26/12 | 030011 | CLERK OF COURT<br>United States Bankruptcy Court<br>219 South Dearborn Street<br>Chicago, IL 60604 | REMITTED TO COURT<br>DIVIDENDS REMITTED TO THE COURT<br>ITEM #     CLAIM #      DIVIDEND<br>===============================<br>= | | | 5.28 | 0.00 |
| * | | | 8          000004         4.92 | 7100-001 | | | |
| * | | | 9          000005         0.36 | 7100-001 | | | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 09-09720 -ERW | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | KEATING, KEITH M | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9701 Checking Account |
| Taxpayer ID No: | *******2538 | | |
| For Period Ending: | 11/14/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 09/26/12 | 030011 | CLERK OF COURT<br>United States Bankruptcy Court<br>219 South Dearborn Street<br>Chicago, IL 60604 | VOID | | | -5.28 | 5.28 |
| 09/26/12 | 030012 | American Express Bank, FSB<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000004, Payment 0.43629% | 7100-000 | | 4.92 | 0.36 |
| 09/26/12 | 030013 | American Express Bank, FSB<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000005, Payment 0.43452% | 7100-000 | | 0.36 | 0.00 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-09720 -ERW | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | KEATING, KEITH M | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9012 BofA - Money Market Account |
| Taxpayer ID No: | *******2538 | | |
| For Period Ending: | 11/14/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/06/10 | 29 | Colleen Keating<br>N1460 Powers Lake Road<br>Genoa City, WI 53128 | Settlement of Adversary Proceeding | 1241-000 | 25,000.00 | | 25,000.00 |
| 05/28/10 | 30 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.45 | | 25,000.45 |
| 06/30/10 | 30 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.62 | | 25,001.07 |
| 07/30/10 | 30 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.64 | | 25,001.71 |
| 08/31/10 | 30 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.64 | | 25,002.35 |
| 09/30/10 | 30 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.62 | | 25,002.97 |
| 10/29/10 | 30 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.64 | | 25,003.61 |
| 11/02/10 | 3, 4, 9 | Colleen Keating<br>1500 N. Paulina<br>Chicago, IL 60622 | Financial Accounts | 1129-000 | 2,268.00 | | 27,271.61 |
| 11/30/10 | 30 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.67 | | 27,272.28 |
| 12/31/10 | 30 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.69 | | 27,272.97 |
| 01/31/11 | 30 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.69 | | 27,273.66 |
| 02/07/11 | 000301 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Blanket Bond  (Int'l Sureties, Inc) | 2300-000 | | 21.82 | 27,251.84 |
| 02/28/11 | 30 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.21 | | 27,252.05 |
| 03/31/11 | 30 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.23 | | 27,252.28 |
| 04/29/11 | 30 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.22 | | 27,252.50 |
| 05/31/11 | 30 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.24 | | 27,252.74 |
| 06/30/11 | 30 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.22 | | 27,252.96 |
| 07/29/11 | 30 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.23 | | 27,253.19 |
| 08/01/11 | 31 | Colleen Keating<br>N1460 Powers Lake Rd.<br>Genoa City,  WI 53128-1128 | Membership Interests Bloomfield | 1229-000 | 12,000.00 | | 39,253.19 |
| 08/31/11 | 30 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.33 | | 39,253.52 |
| 09/30/11 | 30 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.32 | | 39,253.84 |
| 10/31/11 | 30 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.32 | | 39,254.16 |
| 10/31/11 | | Transfer to Acct #*******5697 | Final Posting Transfer | 9999-000 | | 39,254.16 | 0.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 09-09720 -ERW | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | KEATING, KEITH M | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5697  BofA - Checking Account |
| Taxpayer ID No: | *******2538 | | |
| For Period Ending: | 11/14/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/31/11 | | Transfer from Acct #*******9012 | Transfer In From MMA Account | 9999-000 | 39,254.16 | | 39,254.16 |
| 10/31/11 | | Transfer to Acct #*******5736 | Bank Funds Transfer | 9999-000 | | 39,254.16 | 0.00 |

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-09720 -ERW | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | KEATING, KEITH M | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5736  BofA - Money Market Account |
| Taxpayer ID No: | *******2538 | | |
| For Period Ending: | 11/14/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/31/11 | 30 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 0.01 |
| 10/31/11 | | Transfer from Acct #*******5697 | Bank Funds Transfer | 9999-000 | 39,254.16 | | 39,254.17 |
| 11/30/11 | 30 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.32 | | 39,254.49 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 48.40 | 39,206.09 |
| 12/30/11 | 30 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.33 | | 39,206.42 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 48.34 | 39,158.08 |
| 01/31/12 | 30 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.33 | | 39,158.41 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 51.35 | 39,107.06 |
| 02/29/12 | 30 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.31 | | 39,107.37 |
| 02/29/12 | 000301 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Blanket Bond  (Int'l Sureties, Inc) | 2300-000 | | 31.33 | 39,076.04 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 46.48 | 39,029.56 |
| 03/30/12 | 30 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.33 | | 39,029.89 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 47.99 | 38,981.90 |
| 04/30/12 | 30 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.32 | | 38,982.22 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 49.53 | 38,932.69 |
| 05/31/12 | 30 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.33 | | 38,933.02 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 49.46 | 38,883.56 |
| 06/29/12 | 30 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.32 | | 38,883.88 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 46.21 | 38,837.67 |
| 07/31/12 | 30 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.33 | | 38,838.00 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 50.93 | 38,787.07 |
| 08/31/12 | 30 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.32 | | 38,787.39 |
| 08/31/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 38,787.39 | 0.00 |

**Total Of All Accounts        0.00**